UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Andres Cahuec Colas,

        Petitioner

v.

Jason Knight, et al.,

        Respondents[1]

Case No. 2:26-cv-01220-CDS-DJA

**Service and
Appointment Order**

[ECF No. 1-1]

Petitioner Andres Cahuec Colas, an immigration detainee who is challenging the lawfulness of his federal detention at the Nevada Southern Detention Center, has filed a pro se petition for federal habeas corpus relief under 28 U.S.C. § 2241. ECF No. 1-1. Colas asserts that he is bringing this petition for writ to seek enforcement of his rights as a member of a certified class action.[2] *Id.* His petition lacks sufficient information to determine under what statutory authority the petitioner is detained or what constitutional claims he may have, so I defer ruling on the petition. However, I find that the appointment of counsel is in the interests of justice due to the potential complexities of this case and to permit counsel to file an amended petition if warranted.[3] I also direct that the petition be served on the United States Attorney's Office for the District of Nevada (USAO).

---

[1] Because Kristi Noem is no longer the DHS Secretary, the Clerk of Court will be directed to substitute Markwayne Mullin in the caption, and Mullin will be the named respondent going forward. Likewise, because Pamela Bondi is no longer the Attorney General, Todd Blanche will be substituted in her place.
[2] This case has not been accepted into the pending class in 2:25-cv-02136-RFB-MDC.
[3] Prisoners applying for habeas corpus relief are entitled to appointed counsel when the circumstances indicate that appointed counsel is necessary to prevent due process violations or whenever the interests of justice so require. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986); 18 U.S.C. § 3006A; Rule 8(c), Rules Governing § 2254 Cases.

It is therefore ordered that the Federal Public Defender for the District of Nevada (FPD) is appointed to represent the petitioner and is directed to file a notice of appearance (or indicate its inability to represent the petitioner) by April 29, 2026. If the FPD is unable to represent the petitioner, alternate counsel will be appointed. Appointed counsel will represent the petitioner in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw. If the FPD files a notice of appearance in this matter, it (1) will then have 14 days to file either an amended petition or a motion to dismiss the petition, (2) must effectuate service of the amended petition, if one is filed, on the respondents, and (3) must file a motion for leave to proceed *in forma pauperis* on the petitioner's behalf.

It is further kindly ordered that the Clerk of Court:

1. **FILE** the petition (ECF No. 1-1). The petition (ECF No. 1-1) is deferred.

2. **ADD** the USAO to the docket as an Interested Party. Pursuant to District of Nevada's General Order 2026-03 (Feb. 13, 2026), this constitutes service on all federal respondents under Federal Rule of Civil Procedure 4 and 28 U.S.C. § 2243. The USAO is not required to file a response to the petition at this time.

3. **SEND** a copy of the petition (ECF No. 1-1) and this order to the Federal Public Defender at ecf_nvchu@fd.org, the petitioner, and the CJA Coordinator for this division.

4. **MAIL** a copy of the petition (ECF No. 1-1) and this order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to Jason Knight, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119–6096; Markwayne Mullin, 245 Murray Lane SW, Washington, DC 20528; Todd Blanche, 950 Pennsylvania Avenue NW, Washington, DC, 20530; Todd Lyons, 500 12th Street, SW, Washington, DC 20536; Sirce Owen, 5107 Leesburg Pike, Falls Church, VA 22041.

2

It is further ordered that the respondents must not transfer the petitioner out of this District, with the exception of effectuating the petitioner's lawful deportation,[4] until further order of the Court. In the event of lawful deportation, the respondents' counsel must file a notice with the Court within 5 days of removal.

The Clerk of Court is kindly instructed to substitute Markwayne Mullin for Kristi Noem and to substitute Todd Blanche for Pamela Bondi.

Dated: April 22, 2026

_____
Cristina D. Silva
United States District Judge

---

[4] See F.T.C. v. Dean Foods Co., 384 U.S. 597, 604 (1966) (noting the court may use its "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").