UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Andres Cahuec Colas, | Case No. 2:26-cv-01220-CDS-DJA |
| Petitioner | **Order Granting Petitioner's Motion to Extend Time** |
| v. | |
| Jason Knight, et al., | [ECF No. 6] |
| Respondents | |

Petitioner Andres Cahuec Colas's counsel moves to extend time to file an amended petition for writ of habeas corpus because additional is needed to garner immigration documents that are necessary to identify the grounds for relief that should be raised in the amended petition. Mot., ECF No. 6. The court finds that the petitioner's request is made in good faith and not solely for the purpose of delay.

IT IS THEREFORE ORDERED that the petitioner's motion to extend time to file an amended petition **[ECF No. 6] is GRANTED** nunc pro tunc. An amended petition is due by May 20, 2026.

Dated: May 18, 2026

_____
Cristina D. Silva
United States District Judge