UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Andres Cahuec Colas,

                   Petitioner

v.

Jason Knight, et al.,

                   Respondents

Case No. 2:26-cv-01220-CDS-DJA

**Order Granting Petitioner's IFP Application and Respondents' Unopposed Motion to Extend Time to File a Response**

[ECF Nos. 7, 12]

Petitioner Andres Cahuec Colas's counsel filed, on his behalf, an application to proceed *in forma pauperis* representing that, due to his confinement, they believe he is unable to pay the filing fee for this action. ECF No. 7. I find that good cause exists to grant the application. Therefore, it is ordered that the petitioner's application to proceed *in forma pauperis* **[ECF No. 7] is GRANTED**, and the petitioner is not required to pay the filing fee for this action.

Additionally, the respondents seek an additional two days to prepare and file a response to Colas's amended petition for writ of habeas corpus so that they may coordinate with the agency and receive the documentation.[1] Mot., ECF No. 12. The respondents' counsel represents that the petitioner does not oppose the request. *Id.* Therefore, I find good cause exists to grant the motion. It is hereby ordered that the respondents' unopposed motion to extend time **[ECF No. 12] is GRANTED** nunc pro tunc. The record reflects that the respondents timely filed a motion to dismiss.

        Dated: June 9, 2026

                                         _____
                                         Cristina D. Silva
                                         United States District Judge

---

[1] The respondents are cautioned that "generalized statement[s] that counsel is still awaiting unspecified 'needed documents' . . . does not qualify as good cause for an extension of time to respond to these urgent petitions." ECF No. 11 in *Alkarori v. Mattos*, No. 2:25-cv-02567-MMD-MDC (D. Nev. Jan. 6, 2026). However, I find that this request for a brief extension is made in good faith and not solely for the purpose of delay.