UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Andres Cahuec Colas,<br><br>　　　　　Petitioner<br><br>v.<br><br>Jason Knight, et al.,<br><br>　　　　　Respondents | Case No. 2:26-cv-01220-CDS-DJA<br><br>**Order Granting Respondents'<br>Unopposed Motion to Dismiss**<br><br>[ECF Nos. 9, 13] |

Petitioner Andres Cahuec Colas initiated this action by filing a pro se writ of habeas corpus petition. Initiating docs., ECF No. 1. On April 29, 2026, counsel entered an appearance on behalf of Colas then filed a first amended petition (FAP) on May 20, 2026. Notice, ECF No. 5; First am. pet., ECF No. 9. The respondents move to dismiss Colas's FAP. Mot., ECF No. 13. Any opposition to this motion was due by June 19, 2026.[1] *Id.; see* Local Rule 7-2(b) (requiring a non-moving party to file points and authorities in opposition within fourteen days after service of the motion to dismiss). That deadline passed without any response, leaving the motion unopposed.

Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." Unlike a motion for summary judgment, a district court is not required to examine the merits of an unopposed motion to dismiss before granting it. *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995) (refusing to extend to motions to dismiss the requirement that a district court examine the merits of an unopposed motion for summary judgment before summarily granting it pursuant to a local rule). Thus, a district court may properly grant an unopposed motion to dismiss under a local rule. *Id.* at 53. Here, I apply Local Rule 7-2(d) and deem Colas's failure to respond as consent to granting the motion.

---

[1] Because June 19, 2026, was a federal holiday, the deadline to timely file would have been by the next business day, June 22, 2026. To date, no extension of time, response, or opposition has been filed.

**Conclusion**

IT IS HEREBY ORDERED that the respondents' unopposed motion to dismiss **[ECF No. 13] is GRANTED**, so Colas's first amended petition [ECF No. 9] is dismissed. The Clerk of Court is kindly directed to enter judgment accordingly and to close this case.

Dated: June 26, 2026

_____
Cristina D. Silva
United States District Judge

2